# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HUSTEEL CO., LTD., | |
| Plaintiff, | |
| and | |
| HYUNDAI STEEL COMPANY, SEAH STEEL CORPORATION, and NEXTEEL CO., LTD., | Before:  Jennifer Choe-Groves, Judge |
| Consolidated Plaintiffs, | |
| v. | Consol. Court No. 19-00107 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| WHEATLAND TUBE COMPANY, | |
| Defendant-Intervenor. | |

## COMMENTS OF CONSOLIDATED PLAINTIFF, HYUNDAI STEEL COMPANY, ON COMMERCE'S SECOND REMAND REDETERMINATION

**Submitted by:**

Robert G. Gosselink
Jarrod M. Goldfeder
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C.  20003
Tel.:  (202) 223-3760

**Dated:  August 25, 2021**            *Counsel to Hyundai Steel Company*
                                                                *Consolidated Plaintiff*

**COMMENTS OF CONSOLIDATED PLAINTIFF,**
**HYUNDAI STEEL COMPANY,**
**ON COMMERCE'S SECOND REMAND REDETERMINATION**

Consolidated Plaintiff, Hyundai Steel Company ("Hyundai Steel"), hereby comments on the June 22, 2021, second remand redetermination of the U.S. Department of Commerce submitted in this action.  See Final Results of Redetermination Pursuant to Court Remand (June 22, 2021), ECF No. 62 ("Second Remand Results"), filed in response to the opinion and remand order of this Court in Husteel Co., Ltd., et al. v. United States, Court No. 19-00107, Slip Op. 21-51 (Ct. Int'l Trade May 3, 2021) ("Husteel II").[1]

In accordance with the scheduled established by the Court, the deadline for comments in opposition to the Second Remand Results was August 13, 2021.  See Husteel II, Slip Op. 21-51 at 14.  No parties to this action filed any opposition to Commerce's Second Remand Results.  Hyundai Steel agrees that Commerce in the Second Remand Results complied with the Court's order in Husteel II by recalculating the weighted-average dumping margin for Hyundai Steel without any "particular market situation" adjustment to Hyundai Steel's reported hot-rolled steel coil costs, which resulted in a remand rate of 4.82 percent *ad valorem*.

Accordingly, Hyundai Steel respectfully requests that this Court sustain Commerce's Second Remand Results and enter judgment accordingly.

---

[1] This action is an appeal from Commerce's final results of the 2016-2017 administrative review of the antidumping duty order against Circular Welded Non-Alloy Steel Pipe from the Republic of Korea, 84 Fed. Reg. 26,401 (Dep't Commerce June 6, 2019) (final results 2016-2017 admin. rev.) ("Final Results").  The challenged determinations, findings, and conclusions are set out primarily in Commerce's unpublished Issues and Decision Memorandum (Dep't Commerce May 30, 2019) ("IDM").

**Consolidated Plaintiff's Comments on Second Remand Redetermination**
**Consol. Court No. 19-00107**

      Plaintiff Husteel Co., Ltd. agrees with Hyundai Steel's comments and also respectfully requests that the Court sustain Commerce's <u>Second Remand Results</u> and enter judgment accordingly.

      Furthermore, undersigned counsel consulted with counsel for Consolidated Plaintiffs SeAH Steel Corporation ("SeAH") and NEXTEEL Co., Ltd. ("NEXTEEL").  On August 24, 2021, counsel for SeAH advised that they agree that the <u>Second Remand Results</u> should be affirmed and do not intend to submit separate comments to this Court.  On August 25, 2021, counsel for NEXTEEL advised that they agree that the <u>Second Remand Results</u> should be affirmed and do not intend to submit separate comments to this Court.

                              Respectfully submitted,

                              <u>/s/ Jarrod M. Goldfeder</u>
                              Robert G. Gosselink
                              Jarrod M. Goldfeder

                              **TRADE PACIFIC PLLC**
                              700 Pennsylvania Avenue, SE, Suite 500
                              Washington, D.C.  20003
                              Tel.:  (202) 223-3760

Dated:  August 25, 2021                 *Counsel to Hyundai Steel Company,*
                              *Consolidated Plaintiff*

                              <u>/s/ Donald B. Cameron</u>
                              Donald B. Cameron
                              Julie C. Mendoza
                              R. Will Planert
                              Brady W. Mills
                              Mary S. Hodgins
                              Eugene Degnan

                              **MORRIS, MANNING & MARTIN LLP**
                              1401 Eye Street, N.W., Suite 600
                              Washington, D.C. 20005
                              (202) 408-5153

Dated:  August 25, 2021                 *Counsel to Plaintiff Husteel Co., Ltd.*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| HUSTEEL CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　and<br><br>HYUNDAI STEEL COMPANY, SEAH STEEL CORPORATION, and NEXTEEL CO., LTD.,<br><br>　　　　　　Consolidated Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>　　and<br><br>WHEATLAND TUBE COMPANY,<br><br>　　　　　　Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 19-00107 |

**CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)**

　　The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying Comments of Consolidated Plaintiff, Hyundai Steel Company, on Commerce's Second Remand Redetermination, dated August 25, 2021, comply with the maximum word-count limitation described in part 2(B)(1) of the Court's Chambers Procedures. These Comments contain 380 words according to the word-count function of the word-processing software used to prepare the memorandum, excluding counsel signature blocks.

**Certificate of Compliance**
**Consol. Court No. 19-00107**

Respectfully submitted,

/s/ Jarrod M. Goldfeder
Robert G. Gosselink
Jarrod M. Goldfeder

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, D.C.  20003
Tel.:  (202) 223-3760

Dated:  August 25, 2021

*Counsel to Hyundai Steel Company,*
*Consolidated Plaintiff*

2