UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| HUSTEEL CO., LTD., <br><br> Plaintiff, <br><br> and <br><br> HYUNDAI STEEL COMPANY, SEAH STEEL CORPORATION, and NEXTEEL CO., LTD., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WHEATLAND TUBE COMPANY, <br><br> Defendant-Intervenor. | Consol. Court No. 19-00107 |

## DEFENDANT'S COMMENTS
## IN SUPPORT OF REMAND REDETERMINATION

Defendant, the United States, respectfully submits these comments in support of the remand redetermination filed on June 22, 2021. *See* Final Results of Redetermination Pursuant to Court Remand, June 22, 2021, ECF No. 62. In its remand order, the Court granted our motion for partial voluntary remand and ordered the Department of Commerce (Commerce) to reconsider its particular market situation determinations and adjustments in light of the Court's precedents. *Husteel Co., Ltd. v. United States,* 517 F. Supp. 3d 1342, 1348 (Ct. Int'l Trade 2021) (ECF No. 61). Commerce filed the remand redetermination under respectful protest, in that it continued to find that a particular market exists in Korea, Remand Redetermination at 2, but

Commerce nevertheless fully complied with the Court's remand order by removing the cost-based particular market situation adjustment.  *See id.* at 3-4.

No party objected to the remand redetermination by the Court's August 13, 2021 deadline.  *See* 517 F. Supp. 3d at 1348.  On August 25, 2021, consolidated plaintiff, Hyundai Steel Company, filed comments in support of the remand redetermination, and represented that other consolidated plaintiffs similarly support the remand redetermination.  *See* Hyundai Comments at 1-2 (ECF No. 65).

Because the remand redetermination complies with the Court's remand order, and no party objects to it, we respectfully request that the Court sustain the remand redetermination and enter final judgment.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          JEANNE E. DAVIDSON
          Director

| OF COUNSEL: | /s/ Patricia M. McCarthy |
|---|---|
|  | PATRICIA M. MCCARTHY |
| ELIO GONZALEZ | Assistant Director |
| Senior Attorney | U.S. Department of Justice |
| Office of the Chief Counsel | Commercial Litigation Branch |
|    for Trade Enforcement & Compliance | P.O. Box 480, Ben Franklin Station |
| U.S. Department of Commerce | Washington, D.C. 20044 |
|  | Tel: (202) 307-0164 |
|  | Fax:  (202) 307-0972 |
|  | Email: patricia.mccarthy@usdoj.gov |
| September 13, 2021 | *Attorneys for Defendant United States* |