# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| HUSTEEL CO., LTD., HYUNDAI STEEL COMPANY, SEAH STEEL CORPORATION, AND NEXTEEL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WHEATLAND TUBE COMPANY, <br><br> Defendant-Intervenor. | Consol. Court No. 19-00107 |

## NOTICE OF APPEAL

Notice is hereby given that Wheatland Tube Company, Defendant-Intervenor in the above named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Husteel Co., Ltd. v. United States*, Ct. No. 19-00107, slip op. 21-147 (Ct. Int'l Trade Oct. 19, 2021), ECF No. 71, and Judgment Order (Ct. Int'l Trade Oct. 19, 2021), ECF No. 72.

    Respectfully submitted,

    /s/ Roger B. Schagrin
    Roger B. Schagrin
    SCHAGRIN ASSOCIATES
    900 Seventh Street NW, Suite 500
    Washington, DC  20001
    202-223-1700
    rschagrin@schagrinassociates.com
    *Counsel to Wheatland Tube Company*

December 17, 2021